# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ROMAN, ROBERT EUGENE                §   Case No. 07-72256
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/21/2007. The undersigned trustee was appointed on 09/21/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 721,272.56 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 123,108.57 |
| Bank service fees | | 338.98 |
| Other payments to creditors | | 519,697.85 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 78,127.16 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/23/2008 and the deadline for filing governmental claims was 10/23/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 23,063.63 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 23,063.63 , for a total compensation of $ 23,063.63 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2012      By:/s/DANIEL M. DONAHUE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 07-72256    MLB    Judge: MANUEL BARBOSA
Case Name: ROMAN, ROBERT EUGENE

For Period Ending: 10/17/12

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 09/21/07 (f)
341(a) Meeting Date: 10/25/07
Claims Bar Date: 10/23/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 803 Brown Hills Court, Rockford | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 400 E. Randolph St., Chicago | 170,000.00 | 55,000.00 | | 55,000.00 | FA |
| 3. 7866 Shore Acres Rd., Lake Mills, WI - 1/2 int. | 660,000.00 | 325,000.00 | | 325,000.00 | FA |
| 4. Cash on hand | 100.00 | 0.00 | OA | 0.00 | FA |
| 5. Blackhawk Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Household goods and furnishings - 1/2 interest | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Books, pictures, etc. - 1/2 interest | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. Wearing Apparel | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 10. IRA - Allstate | 227,000.00 | 0.00 | OA | 0.00 | FA |
| 11. Wachovia Securities | 20,500.00 | 16,196.68 | | 16,196.68 | FA |
| 12. 2001 Volvo | 4,250.00 | 0.00 | OA | 0.00 | FA |
| 13. 2006 Mercury | 8,500.00 | 0.00 | OA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 75.88 | | 75.88 | FA |
| 15. Stock Ownership (u) | Unknown | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,267,650.00 | $396,272.56 | | $396,272.56 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/09    Current Projected Date of Final Report (TFR): 06/01/12

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 17.00b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No: 07-72256 -MLB
Case Name: ROMAN, ROBERT EUGENE
Taxpayer ID No: ******3379
For Period Ending: 10/17/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: Bank of America, NA
Account Number / CD #: ******0166 MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/08 | 3 | FIDELITY LAND TITLE LTD. | | | 32,934.81 | | 32,934.81 |
| | | WILLIAM AND MARIE BUSH | SALE PROCEEDS: REAL ESTATE | 1110-000 | | | |
| | | | Memo Amount: 650,000.00 | | | | |
| | | | SALE PROCEEDS: REAL ESTATE | | | | |
| | | | Memo Amount: ( 15,493.38 ) | 2820-000 | | | |
| | | | TAXES: 2006 AND 2007 | | | | |
| | | | Memo Amount: ( 3,743.71 ) | 2820-000 | | | |
| | | | 2008 TAXES | | | | |
| | | BANK OF LAKE MILLS | Memo Amount: ( 177,849.05 ) | 4110-000 | | | |
| | | | PAYOFF: FIRST MORTGAGE | | | | |
| | | BANK OF LAKE MILLS | Memo Amount: ( 181,378.94 ) | 4110-000 | | | |
| | | | PAYOFF: SECOND MORTGAGE | | | | |
| | | BLACKHAWK STATE BANK | Memo Amount: ( 158,969.86 ) | 4110-000 | | | |
| | | | PAYOFF: MORTGAGE | | | | |
| | | | Memo Amount: ( 85.55 ) | 2500-000 | | | |
| | | | GARBAGE REMOVAL | | | | |
| | | RURAL WATER SERVICE LLC | Memo Amount: ( 380.00 ) | 2500-000 | | | |
| | | | WELL/WATER INSPECTION | | | | |
| | | RE/MAX COMMUNITY REALTY LLC | Memo Amount: ( 39,000.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | PARTNERS TITLE LLC | Memo Amount: ( 25.00 ) | 2500-000 | | | |
| | | | DOCUMENT PREPARATION FEE | | | | |
| | | NEUBERGER, WAKEMAN, LORENZ... | Memo Amount: ( 65.00 ) | 2500-000 | | | |
| | | | ATTORNEY'S FEES | | | | |
| | | | Memo Amount: ( 1,650.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE POLICY | | | | |
| | | PARTNERS TITLE LLC | Memo Amount: ( 123.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount: ( 1,950.00 ) | 2820-000 | | | |

Page Subtotals 32,934.81 0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 07-72256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ROMAN, ROBERT EUGENE | | Bank Name: | Bank of America, NA |
| Taxpayer ID No: | ******3379 | | Account Number / CD #: | ******0166 MONEY MARKET |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | REUBEN F. SCHULZ | TRANSFER TAX Memo Amount: ( 138.00 ) SURVEY COSTS | 2500-000 | | | |
| | | CITY OF LAKE MILLS | Memo Amount: ( 707.47 ) DELINQUENT UTILITIES | 2500-000 | | | |
| | | | Memo Amount: ( 20.00 ) EXPRESS MAIL | 2500-000 | | | |
| | | DWAYNE'S HOME & BUSINESS SERVICES | Memo Amount: ( 1,615.00 ) REPAIRS | 2500-000 | | | |
| | | WE ENERGIES | Memo Amount: ( 68.31 ) UTILITY | 2500-000 | | | |
| | | DL ANDERSON CO. | Memo Amount: ( 393.11 ) | 2500-000 | | | |
| | | AL'S HANDYMAN SERVICE | Memo Amount: ( 475.00 ) | 2500-000 | | | |
| | | DAVID ROMAN BANKRUPTCY ESTATE | Memo Amount: ( 32,934.81 ) ONE-HALF PROCEEDS TO CO-OWNER | 2500-000 | | | |
| 07/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.53 | | 32,935.34 |
| 08/05/08 | 11 | BARBARA ROMAN | STOCK OWNERSHIP | 1129-000 | 16,196.68 | | 49,132.02 |
| 08/29/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.57 | | 49,137.59 |
| 09/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.04 | | 49,143.63 |
| 10/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.77 | | 49,148.40 |
| 11/28/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.02 | | 49,152.42 |
| 12/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.48 | | 49,154.90 |
| 01/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 49,155.31 |
| 02/27/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 49,155.69 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 49,156.11 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.08 | | 49,157.19 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,158.44 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 | Blanket Bond | 2300-000 | | 54.83 | 49,103.61 |
| | | | | Page Subtotals | 16,223.63 | 54.83 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 17.00b
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-72256 -MLB
Case Name: ROMAN, ROBERT EUGENE
Taxpayer ID No: *******3379
For Period Ending: 10/17/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: Bank of America, NA
Account Number / CD #: ******0166 MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,104.82 |
| 07/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,106.07 |
| 08/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,107.32 |
| 09/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,108.53 |
| 10/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,109.78 |
| 11/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,110.99 |
| 12/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,112.24 |
| 01/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,113.49 |
| 02/26/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.13 | | 49,114.62 |
| 03/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,115.87 |
| 04/13/10 | 001001 | AMCORE BANK NEW ORLEANS, LA 70139 | SETTLEMENT OF STATE COURT ACTION | 4120-000 | | 1,500.00 | 47,615.87 |
| 04/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 47,617.08 |
| 05/06/10 | 001002 | MCGREEVY WILLIAMS, P.C. | INTERIM FEES (1ST APPLICATION) | 3110-000 | | 11,600.00 | 36,017.08 |
| 05/06/10 | 001003 | MCGREEVY WILLIAMS, P.C. | INTERIM LEGAL FEES - 1ST APPL | 3120-000 | | 187.61 | 35,829.47 |
| 05/28/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 35,830.44 |
| 06/08/10 | 001004 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 28.86 | 35,801.58 |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,802.47 |
| 07/16/10 | 2 | JEFFREY L. FISHER 109 S. WATER ST. WILMINGTON, IL 60481 | SALE PROCEEDS: REAL PROPERTY | 1110-000 | 55,000.00 | | 90,802.47 |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.95 | | 90,804.42 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.86 | | 90,808.28 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.73 | | 90,812.01 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.85 | | 90,815.86 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.74 | | 90,819.60 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.86 | | 90,823.46 |
| | | | Page Subtotals | | 55,036.32 | 13,316.47 | |

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 07-72256 -MLB | | | Trustee Name: | DANIEL M. DONAHUE | | |
| Case Name: | ROMAN, ROBERT EUGENE | | | Bank Name: | Bank of America, NA | | |
| Taxpayer ID No: | *******3379 | | | Account Number / CD #: | ******0166 MONEY MARKET | | |
| For Period Ending: | 10/17/12 | | | Blanket Bond (per case limit): | $ 1,500,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.86 | | 90,827.32 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.70 | | 90,828.02 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 90,828.79 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 90,829.53 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.78 | | 90,830.31 |
| 06/16/11 | 001005 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 77.72 | 90,752.59 |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 90,753.34 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 90,754.10 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.78 | | 90,754.88 |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 90,755.63 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 90,756.40 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 115.62 | 90,640.78 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 90,641.52 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 111.75 | 90,529.77 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 90,530.53 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 111.61 | 90,418.92 |
| 01/19/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 90,419.37 |
| 01/19/12 | | Transfer to Acct #*******3960 | Bank Funds Transfer | 9999-000 | | 90,419.37 | 0.00 |

Page Subtotals        12.61        90,836.07

UST Form 101-7-TFR (5/1/2011) (Page: 7)        Ver: 17.00b

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 07-72256 -MLB |
|---|---|
| Case Name: | ROMAN, ROBERT EUGENE |
| Taxpayer ID No: | \*\*\*\*\*\*\*3379 |
| For Period Ending: | 10/17/12 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | \*\*\*\*\*\*0166 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 104,207.37 | 104,207.37 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 90,419.37 | |
| | | | Subtotal | | 104,207.37 | 13,788.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 104,207.37 | 13,788.00 | |
| | | Memo Allocation Receipts: | 650,000.00 | | | | |
| | | Memo Allocation Disbursements: | 617,065.19 | | | | |
| | | Memo Allocation Net: | 32,934.81 | | | | |

Page Subtotals    0.00    0.00

Page: 6
Exhibit B

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-72256 -MLB
Case Name: ROMAN, ROBERT EUGENE
Taxpayer ID No: \*\*\*\*\*\*3379
For Period Ending: 10/17/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: \*\*\*\*\*\*3960 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trun. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #\*\*\*\*\*\*\*0166 | Bank Funds Transfer | 9999-000 | 90,419.37 | | 90,419.37 |
| 02/13/12 | 000100 | INTERNAL REVENUE SERVICE RAIVS TEAM STOP 37106 FRESNO, CA 93888 | Form 4506 Request for Copy of Tax Return (2007) | 2990-000 | | 57.00 | 90,362.37 |
| 04/04/12 | | UNITED STATES TREASURY | REFUND OF CHECK #100 | 2990-000 | | -57.00 | 90,419.37 |
| 06/19/12 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018867 | 2300-000 | | 72.85 | 90,346.52 |
| 07/05/12 | 000102 | INTERNAL REVENUE SERVICE | TAXES DUE - YEAR ENDING 12/31/08 FEIN 75-6843379 | 2810-003 | | 3,956.00 | 86,390.52 |
| 07/05/12 | 000102 | INTERNAL REVENUE SERVICE | TAXES DUE - YEAR ENDING 12/31/08 RE-ISSUED TO CORRECT NAME AND DESCRIPTIONS | 2810-003 | | -3,956.00 | 90,346.52 |
| 07/05/12 | 000103 | WISCONSIN DEPARTMENT OF REVENUE | TAXES - YEAR END 12/31/08 FEIN 75-6843379 | 2820-000 | | 2,905.00 | 87,441.52 |
| 07/05/12 | 000104 | UNITED STATES TREASURY | FEIN 75-6843379 - 2008 FORM 1041 | 2810-000 | | 3,956.00 | 83,485.52 |
| 07/05/12 | 000105 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 75-6843379 - YEAR END 12/31/08 | 2820-000 | | 1,034.00 | 82,451.52 |
| 07/05/12 | 000106 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 75-6843379 YEAR END 12/31/10 | 2820-000 | | 499.00 | 81,952.52 |
| 10/02/12 | 000107 | ILLINOIS DEPARTMENT OF REVENUE POB 19006 SPRINGFIELD, IL 62794-9006 | ADDITIONAL TAXES DUE - 12/31/08 ACCOUNT ID: 18260-76672 FEIN: 75-6843379 | 2820-000 | | 136.16 | 81,816.36 |
| 10/04/12 | 000108 | WIPFLI 4949 Harrison Ave., Ste. 300 Rockford, IL 61125 | ACCOUNTING FEES Invoice #681238 | 3410-003 | | 3,192.95 | 78,623.41 |
| 10/04/12 | 000108 | WIPFLI 4949 Harrison Ave., Ste. 300 Rockford, IL 61125 | ACCOUNTING FEES INCORRECT AMOUNT | 3410-003 | | -3,192.95 | 81,816.36 |
| 10/04/12 | 000109 | WIPFLI | ACCOUNTING FEES | 3410-000 | | 3,689.20 | 78,127.16 |

Page Subtotals    90,419.37    12,292.21

UST Form 101-7-TFR (5/1/2011) (Page: 9)    Ver: 17.00b
LFORM24

Page: 7
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-72256 -MLB
Case Name: ROMAN, ROBERT EUGENE
Taxpayer ID No: \*\*\*\*\*\*\*3379
For Period Ending: 10/17/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: \*\*\*\*\*\*3960 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4949 Harrison Ave., Ste. 300 Rockford, IL 61125 | Invoice #681239 | | | | 78,127.16 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |
| | | |
| Total Allocation Receipts: | 650,000.00 | |
| Total Allocation Disbursements: | 617,065.19 | |
| Total Memo Allocation Net: | 32,934.81 | |

|  | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | 90,419.37 | 12,292.21 |
| Less: Bank Transfers/CD's | 90,419.37 | 0.00 |
| Subtotal | 0.00 | 12,292.21 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 12,292.21 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 104,207.37 | 13,788.00 | 0.00 |
| MONEY MARKET - \*\*\*\*\*\*\*\*0166 | 0.00 | 12,292.21 | 78,127.16 |
| GENERAL CHECKING - \*\*\*\*\*\*\*\*3960 | 104,207.37 | 26,080.21 | 78,127.16 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 17, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 07-72256<br>Debtor Name: ROMAN, ROBERT EUGENE | | Claim Type Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000003A | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Priority | | $0.00 | $3,092,110.39 | $3,092,110.39 |
| 000003B | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | | $0.00 | $16.00 | $16.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $150.57 | $150.57 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $22,345.50 | $22,345.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $797.71 | $797.71 |
| 000002<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Unit Level 7-425<br>100 West Randolph<br>Chicago, IL 60601 | Priority | | $0.00 | $51,908.00 | $51,908.00 |
| 000001<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Unit Level 7-425<br>100 West Randolph<br>Chicago, IL 60601 | Unsecured | | $0.00 | $6,975.00 | $6,975.00 |
| | Case Totals: | | | $0.00 | $3,174,303.17 | $3,174,303.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-72256
Case Name: ROMAN, ROBERT EUGENE
Trustee Name: DANIEL M. DONAHUE

| Balance on hand | $ | 78,127.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 23,063.63 | $ 0.00 | $ 23,063.63 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 22,345.50 | $ 11,600.00 | $ 10,745.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 797.71 | $ 187.61 | $ 610.10 |

Total to be paid for chapter 7 administrative expenses $ 34,419.23

Remaining Balance $ 43,707.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 51,908.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) (Page: 12)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Revenue | $ 51,908.00 | $ 0.00 | $ 43,707.93 |
| | Total to be paid to priority creditors | | $ | 43,707.93 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,975.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Revenue | $ 6,975.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE