UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
ROMAN, ROBERT EUGENE                  §       Case No. 07-72256
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            U.S. Bankruptcy Clerk's Office
            Stanley J. Roszkowski U.S. Courthouse
            327 South Church Street
            Room 1100
            Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/19/2012 in Courtroom 3100,
            United States Courthouse
            327 South Church Street
            Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
ROMAN, ROBERT EUGENE   §   Case No. 07-72256
         §
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 721,272.56 |
| and approved disbursements of | $ | 643,145.40 |
| leaving a balance on hand of[1] | $ | 78,127.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 23,063.63 | $ 0.00 | $ 23,063.63 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 22,345.50 | $ 11,600.00 | $ 10,745.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 797.71 | $ 187.61 | $ 610.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 34,419.23 |
| Remaining Balance | | $ | 43,707.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 51,908.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Revenue | $ 51,908.00 | $ 0.00 | $ 43,707.93 |

Total to be paid to priority creditors                                $          43,707.93

Remaining Balance                                                    $                 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,975.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Revenue | $ 6,975.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors              $                 0.00

Remaining Balance                                                    $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 07-72256-MB
Robert Eugene Roman                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave        Page 1 of 2           Date Rcvd: Oct 30, 2012
                            Form ID: pdf006        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
```
db         +Robert Eugene Roman,    803 Brown Hills Court,    Rockford, IL 61107-3021
11623951   +AMCORE Bank,   501 Seventh Street,   Rockford, IL 61104-1299
11675930   +Amcore Bank,    501  7th Street,   Rockford, Il 61104-1299
11623952   +Attorney Mark C. Johnson,    321 West State Street, Suite 1200,    Rockford, IL 61101-1135
11623953   #+Attorney William J. Dorsey,    Katten, Muchin, Rosenman, LLP,    525 West Monroe Street, Suite 1900,
             Chicago, IL 60661-3693
11623954    Bank of America,    P.O. Box 533512,    Atlanta, GA 30353-3512
11623955   +Bank of Lake Mills,    136 East Madison Street,    Lake Mills, WI 53551-1644
11675931   +Construction Industry Funds,    % Atty Marc M Pekay,    30 No LaSalle St  Ste 2426,
             Chicago, Il 60602-2504
11708077   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Credit,    National Bankruptcy Service Ctr,    PO Box 537901,
             Livonia, MI 48153)
12489650   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit Level 7-425,
             100 West Randolph,   Chicago, IL  60601)
11623957    Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11623959    Jefferson County Tax Collector,    320 South Main Street,    Jefferson, WI 53549-1799
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11623956   +E-mail/Text: collections@blackhawkbank.com Oct 31 2012 04:04:28      Blackhawk Bank,
             2141 North State Street,    Belvidere, IL 61008-1960
11646439   +E-mail/Text: snelson@califf.com Oct 31 2012 01:45:49      Ford Motor Credit Company LLC,
             % Steven L Nelson,    PO Box 3700,   Rock Island, Il 61204-3700
11623958    E-mail/Text: cio.bncmail@irs.gov Oct 31 2012 01:37:20      Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114-0326
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**            **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Oct 30, 2012
                              Form ID: pdf006              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2012 at the address(es) listed below:

```
          Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
          Daniel M Donahue   on behalf of Plaintiff Daniel Donahue ddonahue@mjwpc.com
          Idala H. Strouse   on behalf of Creditor  Bricklayers and Allied Craftworkers Local 6, Illinois
           idalastrouselaw@hotmail.com
          Marc M. Pekay    on behalf of Creditor  Bricklayers and Allied Craftworkers Local 6, Illinois
           marcmpekay@pekay.biz,  rosspekay@pekay.biz
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Paul S. Godlewski   on behalf of Creditor  Blackhawk State Bank psglegal@aol.com
          Stephen G Balsley   on behalf of Debtor Robert Roman sbalsley@bslbv.com
          Steven L Nelson    on behalf of Creditor  Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 8
```