UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
ROMAN, ROBERT EUGENE                §      Case No. 07-72256
                                    §
          Debtor(s)                 §

AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/DANIEL M. DONAHUE_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BANK OF LAKE MILLS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF LAKE MILLS | | | | | |
| | BLACKHAWK STATE BANK | | | | | |
| | AMCORE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| AL'S HANDYMAN SERVICE | | | | | |
| CITY OF LAKE MILLS | | | | | |
| DAVID ROMAN BANKRUPTCY ESTATE | | | | | |
| DL ANDERSON CO. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DWAYNE'S HOME & BUSINESS SERVICES | | | | | |
| EXPRESS MAIL | | | | | |
| GARBAGE REMOVAL | | | | | |
| NEUBERGER, WAKEMAN, LORENZ... | | | | | |
| PARTNERS TITLE LLC | | | | | |
| PARTNERS TITLE LLC | | | | | |
| RECORDING FEES | | | | | |
| REUBEN F. SCHULZ | | | | | |
| RURAL WATER SERVICE LLC | | | | | |
| WE ENERGIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| 2008 TAXES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TAXES: 2006 AND 2007 | | | | | |
| TRANSFER TAX | | | | | |
| WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| UNITED STATES TREASURY | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI | | | | | |
| RE/MAX COMMUNITY REALTY LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No:       07-72256    MLB    Judge: MANUEL BARBOSA      Trustee Name:           DANIEL M. DONAHUE
Case Name:     ROMAN, ROBERT EUGENE                          Date Filed (f) or Converted (c):  09/21/07 (f)
                                                             341(a) Meeting Date:    10/25/07
For Period Ending: 10/21/13                                  Claims Bar Date:        10/23/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 803 Brown Hills Court, Rockford | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 400 E. Randolph St., Chicago | 170,000.00 | 55,000.00 |  | 55,000.00 | FA |
| 3. 7866 Shore Acres Rd., Lake Mills, WI - 1/2 int. | 660,000.00 | 325,000.00 |  | 325,000.00 | FA |
| 4. Cash on hand | 100.00 | 0.00 | OA | 0.00 | FA |
| 5. Blackhawk Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Household goods and furnishings - 1/2 interest | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Books, pictures, etc. - 1/2 interest | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. Wearing Apparel | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 10. IRA - Allstate | 227,000.00 | 0.00 | OA | 0.00 | FA |
| 11. Wachovia Securities | 20,500.00 | 16,196.68 |  | 16,196.68 | FA |
| 12. 2001 Volvo | 4,250.00 | 0.00 | OA | 0.00 | FA |
| 13. 2006 Mercury | 8,500.00 | 0.00 | OA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 75.88 |  | 75.88 | FA |
| 15. Stock Ownership (u) | Unknown | 0.00 | OA | 0.00 | FA |

                                                                                                        Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $1,267,650.00        $396,272.56                 $396,272.56              $0.00
                                                                                                    (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/09    Current Projected Date of Final Report (TFR): 06/01/12

LFORM1                                                                                                              Ver: 17.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-72256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMAN, ROBERT EUGENE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******0166  MONEY MARKET |
| Taxpayer ID No: | *******3379 | | |
| For Period Ending: | 10/21/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/08 | 3 | FIDELITY LAND TITLE LTD. | SALE PROCEEDS: REAL ESTATE | | 32,934.81 | | 32,934.81 |
| | | WILLIAM AND MARIE BUSH | Memo Amount:        650,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL ESTATE | | | | |
| | | | Memo Amount:     (     15,493.38 ) | 2820-000 | | | |
| | | | TAXES: 2006 AND 2007 | | | | |
| | | | Memo Amount:     (      3,743.71 ) | 2820-000 | | | |
| | | | 2008 TAXES | | | | |
| | | BANK OF LAKE MILLS | Memo Amount:     (    177,849.05 ) | 4110-000 | | | |
| | | | PAYOFF: FIRST MORTGAGE | | | | |
| | | BANK OF LAKE MILLS | Memo Amount:     (    181,378.94 ) | 4110-000 | | | |
| | | | PAYOFF: SECOND MORTGAGE | | | | |
| | | BLACKHAWK STATE BANK | Memo Amount:     (    158,969.86 ) | 4110-000 | | | |
| | | | PAYOFF: MORTGAGE | | | | |
| | | | Memo Amount:     (         85.55 ) | 2500-000 | | | |
| | | | GARBAGE REMOVAL | | | | |
| | | RURAL WATER SERVICE LLC | Memo Amount:     (        380.00 ) | 2500-000 | | | |
| | | | WELL/WATER INSPECTION | | | | |
| | | RE/MAX COMMUNITY REALTY LLC | Memo Amount:     (     39,000.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | PARTNERS TITLE LLC | Memo Amount:     (         25.00 ) | 2500-000 | | | |
| | | | DOCUMENT PREPARATION FEE | | | | |
| | | NEUBERGER, WAKEMAN, LORENZ... | Memo Amount:     (         65.00 ) | 2500-000 | | | |
| | | | ATTORNEY'S FEES | | | | |
| | | PARTNERS TITLE LLC | Memo Amount:     (      1,650.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE POLICY | | | | |
| | | | Memo Amount:     (        123.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount:     (      1,950.00 ) | 2820-000 | | | |

| | | | Page Subtotals | | 32,934.81 | 0.00 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2                                                                                           Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 07-72256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ROMAN, ROBERT EUGENE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******0166  MONEY MARKET |
| Taxpayer ID No: | *******3379 | | |
| For Period Ending: | 10/21/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TRANSFER TAX | | | | |
| | | REUBEN F. SCHULZ | Memo Amount: ( 138.00 ) | 2500-000 | | | |
| | | | SURVEY COSTS | | | | |
| | | CITY OF LAKE MILLS | Memo Amount: ( 707.47 ) | 2500-000 | | | |
| | | | DELINQUENT UTILITIES | | | | |
| | | | Memo Amount: ( 20.00 ) | 2500-000 | | | |
| | | | EXPRESS MAIL | | | | |
| | | DWAYNE'S HOME & BUSINESS SERVICES | Memo Amount: ( 1,615.00 ) | 2500-000 | | | |
| | | | REPAIRS | | | | |
| | | WE ENERGIES | Memo Amount: ( 68.31 ) | 2500-000 | | | |
| | | | UTILITY | | | | |
| | | DL ANDERSON CO. | Memo Amount: ( 393.11 ) | 2500-000 | | | |
| | | AL'S HANDYMAN SERVICE | Memo Amount: ( 475.00 ) | 2500-000 | | | |
| | | DAVID ROMAN BANKRUPTCY ESTATE | Memo Amount: ( 32,934.81 ) | 2500-000 | | | |
| | | | ONE-HALF PROCEEDS TO CO-OWNER | | | | |
| 07/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.53 | | 32,935.34 |
| 08/05/08 | 11 | BARBARA ROMAN | STOCK OWNERSHIP | 1129-000 | 16,196.68 | | 49,132.02 |
| 08/29/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.57 | | 49,137.59 |
| 09/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.04 | | 49,143.63 |
| 10/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.77 | | 49,148.40 |
| 11/28/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.02 | | 49,152.42 |
| 12/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.48 | | 49,154.90 |
| 01/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 49,155.31 |
| 02/27/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 49,155.69 |
| 03/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,156.11 |
| 04/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.08 | | 49,157.19 |
| 05/29/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.25 | | 49,158.44 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 54.83 | 49,103.61 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |

Page Subtotals                                                     16,223.63        54.83

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-72256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ROMAN, ROBERT EUGENE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******0166 MONEY MARKET |
| Taxpayer ID No: | *******3379 | | | |
| For Period Ending: | 10/21/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,104.82 |
| 07/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,106.07 |
| 08/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,107.32 |
| 09/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,108.53 |
| 10/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,109.78 |
| 11/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,110.99 |
| 12/31/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,112.24 |
| 01/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,113.49 |
| 02/26/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.13 | | 49,114.62 |
| 03/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,115.87 |
| 04/13/10 | 001001 | AMCORE BANK | SETTLEMENT OF STATE COURT ACTION | 4120-000 | | 1,500.00 | 47,615.87 |
| 04/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 47,617.08 |
| 05/06/10 | 001002 | MCGREEVY WILLIAMS, P.C. | INTERIM FEES (1ST APPLICATION) | 3110-000 | | 11,600.00 | 36,017.08 |
| 05/06/10 | 001003 | MCGREEVY WILLIAMS, P.C. | INTERIM LEGAL FEES - 1ST APPL | 3120-000 | | 187.61 | 35,829.47 |
| 05/28/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 35,830.44 |
| 06/08/10 | 001004 | INTERNATIONAL SURETIES,LTD. | Blanket Bond #016018067 | 2300-000 | | 28.86 | 35,801.58 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,802.47 |
| 07/16/10 | 2 | JEFFREY L. FISHER | SALE PROCEEDS: REAL PROPERTY | 1110-000 | 55,000.00 | | 90,802.47 |
| | | 109 S. WATER ST. | | | | | |
| | | WILMINGTON, IL 60481 | | | | | |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.95 | | 90,804.42 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.86 | | 90,808.28 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.73 | | 90,812.01 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.85 | | 90,815.86 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.74 | | 90,819.60 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.86 | | 90,823.46 |

Page Subtotals     55,036.32     13,316.47

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-72256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ROMAN, ROBERT EUGENE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******0166  MONEY MARKET |
| Taxpayer ID No: | *******3379 | | | |
| For Period Ending: | 10/21/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.86 | | 90,827.32 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.70 | | 90,828.02 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 90,828.79 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 90,829.53 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.78 | | 90,830.31 |
| 06/16/11 | 001005 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 77.72 | 90,752.59 |
| | | 701 POYDRAS ST., STE. 420 | TERM:  06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 90,753.34 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 90,754.10 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.78 | | 90,754.88 |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 90,755.63 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 90,756.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 115.62 | 90,640.78 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 90,641.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 111.75 | 90,529.77 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 90,530.53 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 111.61 | 90,418.92 |
| 01/19/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 90,419.37 |
| 01/19/12 | | Transfer to Acct #*******3960 | Bank Funds Transfer | 9999-000 | | 90,419.37 | 0.00 |

Page Subtotals       12.61       90,836.07

Ver: 17.03a

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-72256 -MLB |
| Case Name: | ROMAN, ROBERT EUGENE |
| Taxpayer ID No: | *******3379 |
| For Period Ending: | 10/21/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******0166 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 650,000.00 | COLUMN TOTALS | 104,207.37 | 104,207.37 | 0.00 |
| Memo Allocation Disbursements: | 617,065.19 | Less: Bank Transfers/CD's | 0.00 | 90,419.37 | |
| | | Subtotal | 104,207.37 | 13,788.00 | |
| Memo Allocation Net: | 32,934.81 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 104,207.37 | 13,788.00 | |

Page Subtotals  0.00  0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 07-72256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ROMAN, ROBERT EUGENE | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3960  GENERAL CHECKING |
| Taxpayer ID No: | *******3379 | | | |
| For Period Ending: | 10/21/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/19/12 | | Transfer from Acct #*******0166 | Bank Funds Transfer | 9999-000 | 90,419.37 | | 90,419.37 |
| | 02/13/12 | 000100 | INTERNAL REVENUE SERVICE<br>RAIVS TEAM<br>STOP 37106<br>FRESNO, CA 93888 | Form 4506<br>Reqeust for Copy of Tax Return (2007) | 2990-000 | | 57.00 | 90,362.37 |
| | 04/04/12 | | UNITED STATES TREASURY | REFUND OF CHECK #100 | 2990-000 | | -57.00 | 90,419.37 |
| | 06/19/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 72.85 | 90,346.52 |
| * | 07/05/12 | 000102 | INTERNAL REVENUE SERVICE | TAXES DUE - YEAR ENDING 12/31/08 | 2810-003 | | 3,956.00 | 86,390.52 |
| * | 07/05/12 | 000102 | INTERNAL REVENUE SERVICE | TAXES DUE - YEAR ENDING 12/31/08<br>RE-ISSUED TO CORRECT NAME AND DESCRIPTIONS | 2810-003 | | -3,956.00 | 90,346.52 |
| | 07/05/12 | 000103 | WISCONSIN DEPARTMENT OF REVENUE | TAXES - YEAR END 12/31/08<br>FEIN 75-6843379 | 2820-000 | | 2,905.00 | 87,441.52 |
| | 07/05/12 | 000104 | UNITED STATES TREASURY | FEIN 75-6843379 - 2008 FORM 1041 | 2810-000 | | 3,956.00 | 83,485.52 |
| | 07/05/12 | 000105 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 75-6843379 - YEAR END 12/31/08 | 2820-000 | | 1,034.00 | 82,451.52 |
| | 07/05/12 | 000106 | ILLINOIS DEPARTMENT OF REVENUE | FEIN 75--6843379 YEAR END 12/31/10 | 2820-000 | | 499.00 | 81,952.52 |
| | 10/02/12 | 000107 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19006<br>SPRINGFIELD, IL 62794-9006 | ADDITIONAL TAXES DUE - 12/31/08<br>ACCOUNT ID: 18260-76672<br>FEIN: 75-6843379 | 2820-000 | | 136.16 | 81,816.36 |
| * | 10/04/12 | 000108 | WIPFLI<br>4949 Harrison Ave., Ste. 300<br>Rockford, IL 61125 | ACCOUNTING FEES<br>Invoice #681238 | 3410-003 | | 3,192.95 | 78,623.41 |
| * | 10/04/12 | 000108 | WIPFLI<br>4949 Harrison Ave., Ste. 300<br>Rockford, IL 61125 | ACCOUNTING FEES<br>INCORRECT AMOUNT | 3410-003 | | -3,192.95 | 81,816.36 |
| | 10/04/12 | 000109 | WIPFLI | ACCOUNTING FEES | 3410-000 | | 3,689.20 | 78,127.16 |

Page Subtotals  90,419.37  12,292.21

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-72256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMAN, ROBERT EUGENE | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3960  GENERAL CHECKING |
| Taxpayer ID No: | *******3379 | | |
| For Period Ending: | 10/21/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4949 Harrison Ave., Ste. 300 | Invoice #681239 | | | | |
| | | Rockford, IL 61125 | | | | | |
| 11/19/12 | 000110 | DANIEL M. DONAHUE, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 23,063.63 | 55,063.53 |
| | | P.O. BOX 2903 | | | | | |
| | | ROCKFORD, IL  61132-2903 | | | | | |
| 11/19/12 | 000111 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,745.50 | 44,318.03 |
| 11/19/12 | 000112 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 610.10 | 43,707.93 |
| 11/19/12 | 000113 | Illinois Department of Revenue | Claim 000002, Payment 84.2% | 5800-000 | | 43,707.93 | 0.00 |
| | | Bankruptcy Unit Level 7-425 | | | | | |
| | | 100 West Randolph | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 08/08/13 | | UNITED STATES TREASURY | REFUND OF INCOME TAX REFUND | 1224-000 | | -103.10 | 103.10 |
| 08/14/13 | 000114 | Illinois Department of Revenue | Claim 000002, Payment 0.2% | 5800-000 | | 103.10 | 0.00 |
| | | Bankruptcy Unit Level 7-425 | | | | | |
| | | 100 West Randolph | | | | | |
| | | Chicago, IL 60601 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 90,419.37 | 90,419.37 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 90,419.37 | 0.00 | |
| | | Subtotal | 0.00 | 90,419.37 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 90,419.37 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 650,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 617,065.19 | MONEY MARKET - *******0166 | 104,207.37 | 13,788.00 | 0.00 |
| | | GENERAL CHECKING - ********3960 | 0.00 | 90,419.37 | 0.00 |
| Total Memo Allocation Net: | 32,934.81 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 104,207.37 | 104,207.37 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.00 | 78,127.16 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-72256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMAN, ROBERT EUGENE | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3960 GENERAL CHECKING |
| Taxpayer ID No: | *******3379 | | |
| For Period Ending: | 10/21/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********0166 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********3960 | | | | |

Page Subtotals  0.00  0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*